United States Court of Appeals
Fifth Circuit

**F I L E D**

**January 14, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-40842
Summary Calendar
_____

DETROY DECKARD,

Plaintiff-Appellant,

versus

JOHN CATOE,

Defendant-Appellee.

--------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 9:02-CV-37
--------------------

Before SMITH, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM:[*]

Detroy Deckard appeals the district court's order granting
the motion for summary judgment filed by appellee, Deputy Sheriff
John Catoe, and dismissing on grounds of qualified immunity his
complaint raising claims of false arrest and malicious
prosecution.  The summary judgment evidence reflects that Catoe
mistakenly identified Deckard as the person who sold him crack
cocaine during an undercover investigation.  There is no genuine
issue whether Catoe knew the identification was erroneous or
whether Catoe acted with reckless disregard for the truth.  See

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Freeman v. County of Bexar, 210 F.3d 550, 553 (5th Cir. 2000).
Catoe's identification of Deckard as the perpetrator, although
mistaken, was not objectively unreasonable based upon information
available to Catoe at the time he made the identification. See
Wren v. Towe, 130 F.3d 1154, 1158 (5th Cir. 1997). The dismissal
of Deckard's false-arrest claim is affirmed. Because there is no
reason to believe that Catoe's actions were malicious, the
dismissal of the malicious-prosecution claim is also affirmed.
See Goodson v. City of Corpus Christi, 202 F.3d 730, 739 (5th
Cir. 2000).

AFFIRMED.